In the Matter of the Accounting of DAVID KASELMAN, as Committee of the Estate of FRANCES GINSBERG, an Incompetent Person, Appellant; JOSEPHINE M. CAIN, as Special Guardian, et al., Respondents.

Argued February 19, 1945; decided April 5, 1945.

*Abraham I. Nelson* for appellant.

*John E. Gruning* for Josephine M. Cain, as special guardian, respondent.

*R. Elliott Davis* and *Thomas E. White* for Fidelity and Deposit Company of Maryland, respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.